UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,                         No. 2:10-cv-01667-MCE-DAD

     Plaintiff,

  v.                                   ORDER CONTINUING TRIAL

SURESHBHAI PATEL, et al.,

     Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the September 10, 2012 jury trial is vacated and continued to **March 18, 2013,** at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 10, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 12, 2012 Final Pretrial Conference is vacated and continued to **January 24, 2013,** at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 3, 2013,** and shall comply with the procedures outlined in the Court's November 30, 2010 Pretrial Scheduling Order.

///

1

1  The personal appearances of the trial attorneys or person(s) in
2  pro se is mandatory for the Final Pretrial Conference.
3  Telephonic appearances for this hearing are not permitted.
4      Any evidentiary or procedural motions are to be filed by
5  **January 3, 2013**.  Oppositions must be filed by **January 10, 2013**,
6  and any reply must be filed by **January 17, 2013**.  The motions
7  will be heard by the Court at the same time as the Final Pretrial
8  Conference.
9      IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE